UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, JOHN J. VIRGA, *in his fiduciary capacity as Director*, and ROBERT BONANZA, *as Business Manager of the Mason Tenders District Council of Greater New York*,

Petitioners,

– against –

IDEAL INTERIORS, INC.,

Respondent.

**ORDER**

19 Civ. 976 (ER)

RAMOS, D.J.:

The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: April 6, 2020
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.