UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND; JOHN J. VIRGA, *in his fiduciary capcity as Director*, and ROBERT BONANAZA, *as business manager of the Masons Tenders District Council of Greater New York*,

                Petitioners,

– *against* –

IDEAL INTERIORS, INC.,

                Respondent.

**ORDER**

19 Civ. 976 (ER)

---

RAMOS, D.J.:

On April 23, 2020, the parties filed a status reporting indicating they were in settlement discussions and would file a further status by July 1, 2020.  Doc. 9.  They have yet to do so.  The parties are ordered to file a status report by August 8, 2020.  Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   July 24, 2020
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.